# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr267

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| REGGIE LEE WIMBUSH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's pro se "Motion for Same Administrative Remedies as Federal Inmates in a Federal Holding Facility Awaiting Trial" (#34), which defendant has styled as a civil action wherein he is the plaintiff and "US Marshal" is the defendant. Review of the pleadings reveals that defendant is represented by counsel; thus, the pro se motion will be denied in accordance with Local Criminal Rule 47.1(H). Plaintiff is advised that if he wishes to file a civil action alleging that his rights have been violated, he can request appropriate forms from the Clerk of this court. Plaintiff is further advised, however, that he has an excellent, experienced attorney in this criminal matter and that any concerns he has related to his confinement can be addressed with counsel, who can work with defendant in determining what avenues, if any, should be pursued. The court notes that defendant recently appeared before the court and review of the plea transcript does not reveal that any issues concerning conditions of confinement were raised.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Same Administrative Remedies as Federal Inmates in a Federal Holding Facility Awaiting Trial

(#34) is **DENIED** without prejudice.

Signed: December 29, 2011

Max O. Cogburn Jr.
United States District Judge