UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr267-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MONEY JUDGMENT** |
| | ) | |
| (2) JEFFREY GLENN, | ) | |
| | ) | |
| Defendant. | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of, amongst other property, proceeds of the crimes charged. Proceeds are subject to forfeiture in this case under 18 U.S.C. § 982(a)(2)(B) (forfeiture of proceeds of Section 1028 identity theft) and 18 U.S.C. § 981(a)(1)(C) (forfeiture of proceeds of Section 641 offense and fraud), as rendered applicable to this criminal case by 28 U.S.C. § 2461(c).

Defendant pled guilty to all Counts in the Bill of Indictment and was adjudged guilty of the offenses charged in those counts. By his plea and in a separate consent document Defendant has agreed to forfeiture as described below.

It is therefore ORDERED:

1.  Based upon Defendant's plea of guilty, the following is hereby forfeited to the United States:

>   **A forfeiture money judgment in the amount of $284,831.00, such amount constituting or derived from proceeds traceable to the offenses alleged in the Bill of Indictment.**

2. A forfeiture money judgment in the amount of $284,831.00 shall be included in the Defendant's sentence, and the United States may take steps to collect the judgment from any property of the Defendant; provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

Signed: September 30, 2012

Max O. Cogburn Jr.
United States District Judge